UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JOSEPH BIDWELL and AUDRA ILER a/k/a AUDRA BIDWELL, <br><br>  Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br>  Defendant. | CASE NO. 2:23-cv-01005-SPC-KCD |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs, Joseph Bidwell and Audra Iler a/k/a/ Audra Bidwell and Defendant, Allstate Insurance Company, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected.

Dated: January 6, 2025.

Respectfully Submitted,

*/s/Ryan M. Bennett*
Ryan M. Bennett, Esq.
Florida Bar No. 72988
**NIELSEN & TREAS, LLC**
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500
F: 504-603-0730
Email: rbennett@nt-lawfirm.com
*Counsel for Defendant*

And

*/s/Garrett William Haakon Clifford*
Garrett William Haakon Clifford
Florida Bar No. 107315
Vishio Forry Insurance Lawyers
1112 Goodlette-Frank Road
Suite 204
Naples, Florida 34102
gclifford@vwflegal.com
*Counsel for Plaintiffs*

2